PROB 12B
(08/16)

March 6, 2018
pacts id: 1660522

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Joseph Buddenberg (English)     **Dkt No.:** 15CR01928-001-LAB

**Name of Sentencing Judicial Officer:** The Honorable Larry A. Burns, U.S. District Judge

**Sentence:** 24 months' custody, followed by 2 years' supervised release *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** May 2, 2016

**Date Supervised Release Commenced:** February 7, 2018

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

### CAUSE

Mr. Buddenberg is requesting mental health treatment, stating he is suffering from post traumatic stress disorder from being in the single housing unit while in custody. Mr. Buddenberg has been provided with a crisis hotline and has been referred to mental health treatment.

Mr. Buddenberg is in agreement with the aforementioned modifications and has signed the attached Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release. Should Your Honor have any questions, the undersigned officer may be contacted at (619) 409-5150.

Respectfully submitted:

by _____
Teresa Gustafson
U.S. Probation Officer
(619) 409-5150

Reviewed and approved:

_____
Jennifer K. Walker
Supervising U.S. Probation Officer

Attachments:

PROB12B

Name of Offender: Joseph Buddenberg  
Docket No.: 15CR01928-001-LAB

March 6, 2018  
Page 2

**THE COURT ORDERS:**

__✓__ The Modification of Conditions as Noted Above

____ Other _____

_____  
The Honorable Larry A. Burns  
U.S. District Judge

3-12-18  
Date